**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00137-CV**

_____

**IN RE LESTER WINKLE**

**Original Proceeding**

**MEMORANDUM OPINION**

Lester Winkle filed a petition for writ of mandamus and a motion for temporary relief. In an appeal following a jury trial, this Court reversed the judgment and order committing Winkle as a sexually violent predator and remanded the case for a new trial. *See In re Commitment of Winkle*, 362 S.W.3d 241 (Tex. App.—Beaumont 2012, pet. denied). A pre-trial conference and a jury trial are scheduled for March 25, 2013. Winkle seeks to compel the trial court to continue the setting of his jury trial and permit additional discovery. After reviewing his mandamus petition and record, we conclude that Winkle has not

1

shown that the trial court committed a clear abuse of discretion for which he lacks an adequate remedy. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004); *see also* Tex. R. Civ. P. 190.5. Accordingly, we deny the petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8(a), 52.10.

      PETITION DENIED.

PER CURIAM

Opinion Delivered March 22, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.